IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JEFFREY S. DAWSON           *
                            *
        v.                  *   Civil No. JFM-03-6
                            *
STRATICON CONSTRUCTION      *
SERVICES, L.L.C.
                         *****

ORDER

Defendant has filed a form "Motion To Dismiss" together with an answer to the complaint. The motion is not accompanied by a memorandum as required by the Local Rules and provides no specific bases for the generic defenses it asserts. Accordingly, it is, this 22nd day of May 2003

ORDERED that defendant's motion to dismiss be denied.

/s/
J. Frederick Motz
United States District Judge