IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 JUL 14  P 1: 32

CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

| | | |
|---|---|---|
| JEFFERY S. DAWSON | * | |
| Plaintiff | * | |
| v | * | |
| STRATICON CONSTRUCTION SERVICES, L.L.C. | * | CASE NO. JFM-03-CV6 |
| Defendant | | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

It is this /4 day of July, 2003, by the United States District Court for the District of Maryland, upon consideration of Defendant's Motion to Compel Answers to Interrogatories Where No Response At All Has Been Served, and Memorandum, and any response thereto filed by Plaintiff, hereby,

ORDERED, ADJUDGED AND DECREED, that the Motion to Compel is granted and the Plaintiff, Jeffrey S. Dawson shall respond and answer Defendant's Interrogatories on or before the /st day of August, 2003; and it is further,

ORDERED, ADJUDGED AND DECREED, that the Plaintiff shall pay the reasonable expenses, including Defendant's attorney's fees caused by Plaintiff's failure to file an Answer to Interrogatories in the amount of $250.00, and it is further,

ORDERED, ADJUDGED AND DECREED that the scheduling order is hereby modified to allow the Defendant time to complete discovery as follows:

**Discovery deadline:** Date: *October 17, 2003*
**submission of status report**

**Request for Admission** Date: *October 17, 2003*

**Dispositive pretrial** Date: *November 21, 2003*
**Motions Deadline:**

_____
United States District Judge

Date: *July 14, 2003*