IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEFFERY S. DAWSON | * | |
|     Plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| STRATICON CONSTRUCTION | * | CASE NO. JFM-03-CV6 |
| SERVICES, L.L.C. | * | |
|     Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEFENDANT STRATICON'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM

NOW COMES STRATICON CONSTRUCTION SERVICES, L.L.C., Defendant, through its undersigned counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and moves this Honorable court for summary judgment against Jeffrey Dawson, Plaintiff, as there are no genuine issues of material fact, and Straticon is entitled to judgment as a matter of law. This motion is supported by the attached Memorandum, with the exhibits annexed thereto.

Respectfully Submitted,

      /s/
_____
Emanuel M. Levin, Bar No.00919
10 N. Calvert Street, Suite 522
Baltimore, Maryland 21202
410-727-4973
Attorney for Defendant