IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEFFERY S. DAWSON | * | |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| STRATICON CONSTRUCTION | * | CASE NO. JFM-03-CV6 |
| SERVICES, L.L.C. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>NOTICE OF LENGTHY EXHIBIT</u>**

The Defendant Straticon Construction Services, L.L.C., by its attorney, Emanuel M. Levin has filed a paper copy of the Extract of the Deposition Transcript, in compliance with the local rules, with the Clerk of the Court as it exceeds 15 pages.

Respectfully Submitted,

_____/s/_____
Emanuel M. Levin, Bar No.00919
10 N. Calvert Street, Suite 522
Baltimore, Maryland 21202
410-727-4973
Attorney for Defendant