IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JEFFERY S. DAWSON               *
             Plaintiff        *
                    *
v.                      *
                    *
STRATICON CONSTRUCTION   *     CASE NO. JFM-03-CV6
SERVICES, L.L.C.             *
             Defendant  *
*   *   *   *   *   *   *   *   *   *   *   *   *

NOTICE OF MOTION

TO:  Jeffrey N. Pritzker, Esquire
      405 Joppa Road, Suite 100
      Towson, Maryland 21286
      Attorney for Plaintiff.

**PLEASE TAKE NOTICE** that on _____, _____ 2003, at 9:00 a.m., the undersigned

shall appear before the Hon J. Frederick Motz, U.S. District Judge, in Room ___, 101 West

Lombard Street, Baltimore, Maryland 21201 and then and there present the MOTION OF

STRATICON CONSTRUCTION SERVICES, L.L.C. FOR SUMMARY JUDGMENT

AGAINST JEFFREY DAWSON, copies of which are attached hereto and hereby served upon

you.

Dated: October 21, 2003

                              Respectfully Submitted,

                              By:  _____/s/_____
                                  Emanuel M. Levin, Bar No.00919
                                  10 N. Calvert Street, Suite 522
                                  Baltimore, Maryland 21202
                                  410-727-4973
                                  Attorney for Defendant