IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEFFERY S. DAWSON<br>  Plaintiff | * * * | |
| v. | * * | |
| STRATICON CONSTRUCTION<br>SERVICES, L.L.C.<br>  Defendant | * * * | CASE NO. JFM-03-CV6 |

\* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT

I, Mike Finn, being over the age of 18 and being competent to testify concerning the following matters due hereby swear and affirm under the penalties of perjury that the foregoing statements are true and correct to the best of my knowledge and belief:

1) That I was president of Straticon Construction Services, L.L.C., (hereinafter referred to as Straticon) at all times relevant to the subject matter involved in the above matter and am competent to make the following statements.

2) That I knew Mr. Jeffrey S. Dawson, the Plaintiff in the above matter, professionally, as he was an employee of Straticon

3) That I am personally aware of the reasons for the termination of Mr. Dawson's employment with Straticon;

4) That his termination was agreed upon by myself and Mr. Bret Comar and we both communicated his termination to him telephonically.

5) That Mr. Nick Fornaro did not influence our decision and that there was no discriminatory basis for his termination. In fact, Mr. Fornaro was terminated shortly thereafter.

6. That it is my understanding that there were difficulties with projects in which Mr. Dawson was involved and Straticon was also going through changes at the time of the termination;

5) Neither Mr. Comer nor myself were motivated by any racial feelings towards Mr. Dawson and in fact, the alleged discriminating party, Mr. Nick Fornaro, was terminated several weeks later;

5) It is my understanding that Straticon, with in a short period after Mr. Dawson's termination has stopped seeking new business in the state of Maryland and has closed the office in which Mr. Dawson was employed.

I HEREBY SOLEMNLY SWEAR UNDER THE PENALTIES OF PERJURY THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_____
MIKE FINN