IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JEFFREY S. DAWSON** | * | |
| Plaintiff | * | |
| v. | * | Case No.: JFM- 03-CV6 |
| **STRATICON CONSTRUCTION SERVICES, LLC** | * | |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF LENGTHY EXHIBIT**

Jeffrey S. Dawson, Plaintiff, by its attorney, Jeffrey N. Pritzker, and Margolis, Pritzker & Epstein, P.C., has filed a paper copy of the cited portions of the Plaintiff's deposition transcript, with the clerk of the Court. This is in compliance with the local rules as those portions of the deposition exceed fifteen (15) pages in length.

Respectfully submitted,

_____/s/_____
Jeffrey N. Pritzker, Esq., Bar #01546
Margolis, Pritzker & Epstein, P.A.
405 E. Joppa Road, Suite 100
Towson, Maryland 21286
410.823.2222
*Attorneys for Plaintiff*