IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JEFFREY S. DAWSON** * | |
| Plaintiff * | |
| v. * | Case No.: JFM- 03-CV6 |
| **STRATICON CONSTRUCTION SERVICES, LLC** * | |
| * | |
| Defendant * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

After consideration of Straticon Construction Services, LLC, Motion for Summary Judgment, and Jeffrey S. Dawson's response thereto, and all other evidence on file, the Court:

finds that there are genuine issue of material fact; and

DENIES, Defendant's Motion for Summary Judgment; and further,

GRANTS the Plaintiff's request for attorney fees and costs.

SIGNED on _____, 2003

_____
U.S. District Judge