IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JEFFREY S. DAWSON                 *
                                                   *
    v.                              *   Civil No. JFM-03-6
                                                   *
STRATICON CONSTRUCTION            *
SERVICES, INC.                    *
                                               *****

ORDER

As stated in the accompanying memorandum, it is, this 13th day of November 2003

ORDERED

1. Defendant's motion for summary judgment is granted; and

2. Judgment is entered in favor of defendant against plaintiff.

 

/s/
J. Frederick Motz
United States District Judge